UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RAYMOND LEE WEBER**               Case No. 8:16-cv-3113-T-MSS-MAP
*Personal Representative of the Estate*
*of Barry Jack Weber*
         **Plaintiff,**

v.

**THE GUARDIAN LIFE INSURANCE**
**COMPANY OF NORTH AMERICA,**

         **Defendant.**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties file this Joint Stipulation of Dismissal with Prejudice and as grounds therefore state that the above-referenced action has settled, with each party to bear its own attorneys' fees and costs.

**WHEREFORE**, the parties request this Honorable Court issue an Order dismissing this case with prejudice, with each party to bear its own attorney's fees and costs.

Date **09-01-17**

| | |
|---|---|
| s/ William S. Coffman Jr. | /s Irene Bassel-Frick |
| William S. Coffman, Jr. Esquire | Irene Basel-Frick, Esquire |
| Florida Bar No. 188158 | Florida Bar No. 158739 |
| **COFFMAN LAW** | **AKERMAN LLP** |
| 15436 N. Florida Avenue, Suite 103 | 401 E. Jackson Street, Suite1700 |
| Tampa, Florida 33613 | Tampa, Florida 33602 |
| (813) 935-7030 | (813) 223-7333 |
| (813) 935-7277 fax | (813) 223-2837 fax |
| Trial Counsel for Plaintiff | Trial Counsel for Defendant |